UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANA MELGARES, | |
| Plaintiff, | Case No.: |
| vs. | PLAINTIFF'S COMPLAINT |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

## **COMPLAINT**

ANA MELGARES ("Plaintiff"), by her attorney, alleges the following against CAPITAL ONE BANK (USA), N.A. ("Defendant"):

**1.**   Plaintiff brings this action on behalf of herself individually seeking damages and any other available legal or equitable remedies resulting from the illegal actions of Defendant, in negligently, knowingly, and/or willfully contacting Plaintiff on Plaintiff's cellular telephone in violation of the Telephone Consumer Protection Act (hereinafter "TCPA"), *47 U.S.C. § 227 et seq.*

## **JURISDICTION AND VENUE**

2.   Defendant conducts business in the state of Washington, and therefore, personal jurisdiction is established.

PLAINTIFF'S COMPLAINT - 1

*Feltman Ewing, P.S.*
**Attorneys and Counselors at Law**
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436

3.  Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 47 U.S.C. §227(b)(3). See, *Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (2012), holding that federal and state courts have concurrent jurisdiction over private suits arising under the TCPA.

4.  Venue is proper in the United States District Court for the Western District of Washington pursuant to 28 U.S.C § 1391(b) because Plaintiff resides within this District and a substantial part of the events or omissions giving rise to the herein claims occurred, or a substantial part of property that is the subject of the action is situated within this District.

## PARTIES

5.  Plaintiff is a natural person residing in the county of King in the city of Shoreline, Washington and is otherwise *sui juris*.

6.  Defendant is a Virginia corporation headquartered in McLean, Virginia and doing business in the state of Washington.

7.  At all times relevant to this Complaint, Defendant has acted through its agents, employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## FACTUAL ALLEGATIONS

8.  Defendant is a "person" as defined by 47 U.S.C. § 153 (39).

9.  Defendant placed collection calls to Plaintiff seeking and attempting to collect on alleged debts owed by Plaintiff.

10. Defendant placed collection calls to Plaintiff's cellular telephone at phone number (425) 213-74XX.

PLAINTIFF'S COMPLAINT - 2

*Feltman Ewing, P.S.*
**Attorneys and Counselors at Law**
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436

11. Defendant placed collection calls to Plaintiff from phone numbers including, but not limited to, (800) 955-6600.

12. Per its prior business practices, Defendant's calls were placed with an automated telephone dialing system ("auto-dialer").

13. Defendant used an "automatic telephone dialing system", as defined by 47 U.S.C. § 227(a)(1) to place its telephone calls to Plaintiff seeking to collect a consumer debt allegedly owed by Plaintiff, ANA MELGARES.

14. Defendant's calls constituted calls that were not for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A).

15. Defendant's calls were placed to a telephone number assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. Defendant never received Plaintiff's "prior express consent" to receive calls using an automatic telephone dialing system or an artificial or prerecorded voice on her cellular telephone pursuant to 47 U.S.C. § 227(b)(1)(A).

17. On March 22, 2018, at or around 2:35 p. m. Pacific Standard Time, Plaintiff spoke with Defendant's female representative at phone number (800) 955-6600 and requested that Defendant cease calling Plaintiff's cellular phone.

18. During the conversation, Plaintiff gave Defendant both her name, social security number, and date of birth to assist Defendant in accessing her account before asking Defendant to stop calling her cell phone regarding all her accounts.

PLAINTIFF'S COMPLAINT - 3

*Feltman Ewing, P.S.*
**Attorneys and Counselors at Law**
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436

19. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system in her conversation with Defendant's representative on March 22, 2018.

20. Despite Plaintiff's request to cease, Defendant continued to place collection calls to Plaintiff through July 14, 2018.

21. Despite Plaintiff's request that Defendant cease placing automated collection calls, Defendant placed at least Seventy-Eight (78) automated calls to Plaintiff's cell phone.

### FIRST CAUSE OF ACTION
### NEGLIGENT VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT 47 U.S.C. § 227

22. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-21.

23. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227 et seq.

24. As a result of Defendant's negligent violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(B).

25. Plaintiff is also entitled to seek injunctive relief prohibiting such conduct in the future.

PLAINTIFF'S COMPLAINT - 4

*Feltman Ewing, P.S.*
**Attorneys and Counselors at Law**
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436

## SECOND CAUSE OF ACTION
## KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. § 227 et. seq.

26. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-21.

27. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227 et seq.

28. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

29. Plaintiff is also entitled to seek injunctive relief prohibiting such conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ANA MELGARES, respectfully requests judgment be entered against Defendant, CAPITAL ONE BANK (USA), N.A. for the following:

## FIRST CAUSE OF ACTION

30. For statutory damages of $500.00 multiplied by the number of TCPA violations alleged herein (78), $39,000.00;

31. Actual damages and compensatory damages according to proof at time of trial;

## SECOND CAUSE OF ACTION

32. For statutory damages $1,500.00 multiplied by the number of TCPA violations alleged herein (78), $117,000.00;

PLAINTIFF'S COMPLAINT - 5

*Feltman Ewing, P.S.*
**Attorneys and Counselors at Law**
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436

33. Actual damages and compensatory damages according to proof at time of trial;

## ON ALL CAUSES OF ACTION

34. Costs and reasonable attorneys' fees;

35. Any other relief that this Honorable Court deems appropriate.


## JURY TRIAL DEMAND

36. Plaintiff demands a jury trial on all issues so triable.


Dated: November 26, 2018                    RESPECTFULLY SUBMITTED,

                                            FELTMAN EWING, P.S.



                                            By: _____
                                                David E. Eash
                                                421 W. Riverside Ave. Suite 1600
                                                Spokane, WA 99201
                                                Tel: (509) 838-6800
                                                Fax: (509) 744-3436
                                                Email; davide@feltmanewing.com


z:\doc(05)\Johnson\05.004 - mcfgares\pldgs\complaint.docx

PLAINTIFF'S COMPLAINT - 6

Feltman Ewing, P.S.
Attorneys and Counselors at Law
1600 Paulsen Center | 421 W. Riverside Avenue
Spokane, WA 99201-0495
(509) 838-6800 * FAX (509) 744-3436